JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HARRIS CONCRETE, INC., a California corporation; ROBERT LELAND HAYLEY, and individual; PERCY CLAUDE HARRIS, an individual; SURETY COMPANY OF THE PACIFIC, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV08-00039 CAS AJWx<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND FUTURE ENTRY OF JUDGMENT**<br><br>**Judge: Christina A. Snyder**<br>**Magistrate Judge: Andrew J. Wistrich** |

///

///

## **ORDER**

**IT IS HEREBY ORDERED** that the action now pending in the United States District Court, Central District of California, entitled *Carpenters Southwest Administrative Corporation v. Harris Concrete, Inc.*, bearing Case No. CV08-00039 CAS AJWx shall be dismissed without prejudice pending the satisfaction of the Stipulation for Dismissal Without Prejudice and for Future Entry of Judgment made and entered into effective July 31, 2008, by and between plaintiffs CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES OF THE CARPENTERS SOUTHWEST TRUSTS on the one hand, and defendants HARRIS CONCRETE, INC., ROBERT LELAND HAYLEY and PERCY CLAUDE HARRIS on the other.

Dated: September 15, 2008

*[signature: Christina A. Snyder]*
UNITED STATES DISTRICT JUDGE