1 PATRICK T. CONNOR, Bar No. 89136
pconnor@deconsel.com
2 MARGARET R. GIFFORD, Bar No. 118222
mgifford@deconsel.com
3 members of
DeCARLO, CONNOR & SHANLEY
4 A Professional Corporation
533 S. Fremont Avenue, 9th Floor
5 Los Angeles, California 90071-1706
Telephone: 213/488-4100
6 Telecopier: 213/488-4180

7 ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
8 FOR THE CARPENTERS SOUTHWEST TRUSTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>HARRIS CONCRETE, INC., a California corporation; ROBERT LELAND HAYLEY, an individual; PERCY CLAUDE HARRIS, an individual; SURETY COMPANY OF THE PACIFIC, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 08-00039 CAS(AJWx)<br><br>REVISED JUDGMENT |

Pursuant to Stipulation for Dismissal Without Prejudice and Future Entry of Judgment and having considered the papers and arguments submitted, and good cause appearing;

////

IT IS HEREBY ORDERED that Plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES, shall have judgment pursuant to Stipulation as follows:

AGAINST HARRIS CONCRETE, INC., a California corporation:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $265,273.90 |
| 2. | Liquidated damages | 154,012.57 |
| 3. | Interest on the unpaid contributions pursuant to 29 U.S.C.A. 1132 (g)(2) (7 percent per annum) pursuant to the Trust Agreements from the due date to audit billing dates (November 30, 2007 and September 17, 2008) | 4,719.16 |
| 4. | Audit Fees | 4,740.00 |
| 5. | Credit for partial payment | <1,000.00> |
| 6. | Interest at 7 percent per annum from date of last payment (December 31, 2008) to August 4, 2009 (accruing at $87.68 per day) | 18,763.52 |
| 7. | Attorneys' fees | 12,618.05 |
| | GRAND TOTAL | $459,127.20 |
| 8. | Plus costs to be determined after entry of judgment. | |
| 9. | Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _____% per annum. | |

AGAINST ROBERT LELAND HAYLEY, an individual and PERCY CLAUDE HARRIS, an individual:

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $48,515.19 |
| 2. | Credit for partial payment | <1,000.00> |
| 3. | Interest on the balance at 7 percent per annum pursuant to the terms of the Personal Guarantee Agreement from December 31, 2008 (date of last payment) to August 4, 2009 (accruing at $9.23 per day) | 1,975.22 |
| 4. | Attorneys' fees | 3,510.91 |
| | GRAND TOTAL | $53,001.32 |

////

5.    Plus costs to be determined after entry of judgment.

6.    Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of _0.39_% per annum.

DATED: October 27, 2009

*/s/ Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

DeCARLO, CONNOR & SHANLEY
A Professional corporation


BY: /s/ Margaret R. Gifford     10/22/09
     Margaret R. Gifford
     Attorney for Plaintiffs,
     Carpenters Southwest Administrative
     Corporation and Board of Trustees

3